**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SPEARMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>WARDEN VASQUEZ, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:09-cv-00408-DLB PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 6)<br><br>THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. §1915(g) |

Plaintiff Joseph Spearman ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 3, 2009. On July 21, 2009, the Magistrate Judge dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days.[1]  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///

---

[1] The United States Postal Service returned the order on July 28, 2009, as undeliverable. A notation on the envelope indicates that plaintiff has been paroled. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

This dismissal shall count as a strike pursuant to 28 U.S.C. §1915(g).

IT IS SO ORDERED.

Dated: **September 16, 2009**                **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE